22232. HOWARD *et al. v.* BOONE, administratrix.

BROYLES, C. J. 1. The motion of the defendant in error to dismiss the bill of exceptions is denied.

2. The statute as to the giving of a bond for payment of the eventual condemnation money and all future costs before the issuance of a writ of certiorari (Civil Code of 1910, § 5185) was not complied with by giving a bond in which the penalty named was $100; and the court properly dismissed the certiorari. *Westbrook* v. *Moore,* 59 *Ga.* 204, 205, 206; *Gullatt* v. *Blankenship,* 42 *Ga. App.* 139 (155 S. E. 353), and cit.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JUNE 15, 1932.

*Fleming & Fleming, Wade H. Watson,* for plaintiffs in error. *M. C. Barwick, J. P. Highsmith,* contra.